UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Saad Moussa</u>

   v.                                                 Civil No. 12-cv-014-SM

<u>Warden, New Hampshire State Prison</u>

<u>Saad Moussa</u>

   v.                                                 Civil No. 12-cv-015-JL

<u>Warden, New Hampshire State Prison</u>

**<u>O R D E R</u>**

Saad Moussa filed two habeas actions simultaneously in this court. See <u>Moussa v. Warden</u>, Civ. No. 12-cv-14-SM ("<u>Moussa I</u>"); <u>Moussa v. Warden</u>, Civ. No. 12-cv-15-JL ("<u>Moussa II</u>"). The court previously issued an order proposing to consolidate the cases unless Moussa objected to the consolidation. See <u>Moussa I</u> (Doc. No. 8); <u>Moussa II</u> (Doc. No. 7). Moussa has now filed a timely objection, which has been docketed in both cases, see <u>Moussa I</u> (Doc. No. 9); <u>Moussa II</u> (Doc. No. 8).

In his objection, Moussa clarifies the procedural history of his criminal cases in the state court. The court finds the objection has merit. Accordingly, the court vacates its March 6, 2012, orders proposing consolidation of the above-captioned cases. See <u>Moussa I</u> (Doc. No. 8); <u>Moussa II</u> (Doc. No. 7). The

petitions will not be consolidated, and each will henceforth proceed separately.

    SO ORDERED.

                                               _____
                                             Landya McCafferty
                                             United States Magistrate Judge

Date:  March 15, 2012

cc:  Saad Moussa, pro se

LBM:jba