```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

Saad Moussa

   v.                                       Civil No. 12-cv-014-SM

Warden, New Hampshire State Prison


Saad Moussa

   v.                                       Civil No. 12-cv-015-JL

Warden, New Hampshire State Prison


**O R D E R**

Saad Moussa filed two habeas actions simultaneously in this court.  See Moussa v. Warden, Civ. No. 12-cv-14-SM ("Moussa I"); Moussa v. Warden, Civ. No. 12-cv-15-JL ("Moussa II").  The court previously issued an order proposing to consolidate the cases unless Moussa objected to the consolidation.  See Moussa I (Doc. No. 8); Moussa II (Doc. No. 7).  Moussa has now filed a timely objection, which has been docketed in both cases, see Moussa I (Doc. No. 9); Moussa II (Doc. No. 8).

In his objection, Moussa clarifies the procedural history of his criminal cases in the state court.  The court finds the objection has merit.  Accordingly, the court vacates its March 6, 2012, orders proposing consolidation of the above-captioned cases.  See Moussa I (Doc. No. 8); Moussa II (Doc. No. 7).  The

petitions will not be consolidated, and each will henceforth proceed separately.

    SO ORDERED.

                                                _____
                                                Landya McCafferty
                                                United States Magistrate Judge

Date:  March 15, 2012

cc:  Saad Moussa, pro se

LBM:jba